**[J-70-2015]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE:  J.H.                                    :    No. 14 WAP 2015
                                               :
APPEAL OF:  J.E.O.                              :    Appeal from the Order of the Superior
                                               :    Court, entered December 5, 2014 at No.
                                               :    56 WDA 2014, affirming the Order of the
                                               :    Court of Common Pleas of Allegheny
                                               :    County, entered on December 9, 2013 at
                                               :    No. CC 1658 of 1991.
                                               :
                                               :    ARGUED:  October 7, 2015


## ORDER


**PER CURIAM**                            **DECIDED:  OCTOBER 16, 2015**


The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**